**Carter Scott SHIELDS, Appellant**

v.

**Kimberly M. Caserta SHIELDS, Appellee.**

Supreme Court of Pennsylvania.

Argued April 16, 2008.

Decided April 18, 2008.

Lloyd T. Hoppe, Jr., Esq., Shields & Hoppe, L.L.P., for Carter Scott Shields.

Walter Andrew Konyk, Esq., Law Offices of Walter and Amanda Konyk, Media, for Kimberly M. Caserta Shields.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER and TODD, JJ.

### ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justice McCAFFERY did not participate in the consideration or decision of this case.